IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MANUEL DURAN ORTEGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:19-cv-02206-SHL/dkv |
| ) | Jury Demanded |
| CITY OF MEMPHIS, TENNESSEE, ) | |
| *et al.*; ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SHELBY COUNTY, TENNESSEE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and other applicable provisions of law, Plaintiff Manuel Duran Ortega and Defendants Shelby County, Tennessee and Debra Fessenden stipulate that Defendant Shelby County, Tennessee is hereby dismissed with prejudice from this civil action.

Respectfully submitted,

*/s/ Bryce W. Ashby*
*by J. M. Jones with permission*
BRYCE W. ASHBY (#26179)
bryce@donatilaw.com
DONATI LAW, PLLC
1545 Union Avenue
(901) 278-1004
*Attorney for Plaintiff*
*Manuel Duran Ortega*

        BRANDON FLECHAS (MSB #102283)
brandon@stroudlawyers.com
THE STROUD LAW FIRM, P.C.
5779 Getwell Road, Suite C-1
Southaven, MS  38672
(662) 536-5656
*Attorney for Plaintiff*
*Manuel Duran Ortega*

**/s/ John Marshall Jones**
JOHN MARSHALL JONES (#13289)
johnm.jones@shelbycountytn.gov
E. LEE WHITWELL (#33622)
lee.whitwell@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
*Attorneys for Defendants Shelby County,*
*Tennessee and Debra Fessenden*

Certificate of Service

    I certify that the foregoing is being filed via the Court's ECF system this 1st day of November, 2019, for service on all persons registered in connection with this civil action, including:

        Brandon Flechas, Esq.
5779 Getwell Road, Suite C-1
Southaven, MS  38672

        Bryce W. Ashby, Esq.
1545 Union Avenue
Memphis, TN  38104

        Robert D. Meyers, Esq.
Aubrey B. Greer, Esq.
6000 Poplar Avenue, Suite 400
Memphis, TN  38119

        **/s/ John Marshall Jones**