# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**MANUEL DURAN ORTEGA,**

      **Plaintiff,**

**vs.**                                                     NO. 2:19-cv-02206 SHL-dkv

**CITY OF MEMPHIS, TENNESSEE;**               **JURY TRIAL DEMANDED**
**SHELBY COUNTY, TENNESSEE;**
**ANDRE PRUITT;**
**JONATHAN GROSS;**
**JOHN DOE 1;**
**JONIQUE HUSSEY;**
**JOHN DOE 2;**
**JOHN DOE 3;**
**JOHN DOE 4;**
**JOHN DOE 5;**
**DEBRA FESSENDEN; and**
**JOHN DOE 6,**

      **Defendants.**

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
## CITY OF MEMPHIS, TENNESSEE

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and other applicable provisions of law, Plaintiff Manuel Duran Ortega and Defendant City of Memphis, Tennessee stipulate that Defendant City of Memphis, Tennessee is hereby DISMISSED WITH PREJUDICE from this civil action.

                              /s/ Bryce W. Ashby
                              Bryce W. Ashby (TN# 126179)
                              Donati Law, PLLC
                              1545 Union Avenue
                              Memphis, TN 38104
                              Telephone: 901-278-1004
                              bryce@donatilaw.com
                              *Attorney for Plaintiff*

/s/ Brandon Flechas
Brandon Flechas
Philip A. Stroud
The Stroud Law Firm, P.C.
5779 Getwell Road, Suite C-1
Southaven, MS  38672
Telephone: (662) 536-5656
brandon@stroudlawyers.com
*Attorney for Plaintiff*


/s/ Robert D. Meyers
Robert D. Meyers (TN# 12187)
Aubrey B. Greer (TN# 35613)
**GLANKLER BROWN, PLLC**
6000 Poplar Ave., Suite 400
Memphis, Tennessee 38119
Telephone:  (901) 576-1715
rmeyers@glankler.com
*Attorneys for Defendant*
*City of Memphis, Tennessee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 8th day of November, 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this filing through the Court's electronic filing system.

Bryce W. Ashby
Donati Law, PLLC
1545 Union Avenue
Memphis, TN  38104
Telephone: 901-278-1004
bryce@donatilaw.com
*Attorney for Plaintiff*


Brandon Flechas
Philip A. Stroud
The Stroud Law Firm, P.C.
5779 Getwell Road, Suite C-1
Southaven, MS  38672
Telephone: (662) 536-5656
brandon@stroudlawyers.com
*Attorney for Plaintiff*


/s/ Robert D. Meyers

4841-2608-4011, v. 1